NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LORICO S. EDWARDS,**
*Petitioner,*

v.

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2011-3236

---

Petition for review of the Merit Systems Protection Board in case no. SF0752110678-I-1.

---

## ON MOTION

---

## ORDER

Lorico S. Edwards moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 1 3 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Lorico S. Edwards
      Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1.3 2011

JAN HORBALY
CLERK